IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN  DIVISION

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO.  5:06cr10DCBJCS

LUE ROZEY POLLARD

ORDER OF DISMISSAL
COUNTS 1, 2 & 4

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court

endorsed herein, the United States Attorney for the Southern District of Mississippi hereby

dismisses Counts 1, 2 & 4 of the Criminal Indictment against the defendant, LUE ROZEY

POLLARD, without prejudice.

DUNN LAMPTON
United States Attorney

/s/ Dave Fulcher
By:    DAVE FULCHER
Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Counts 1, 2 & 4.

ORDERED this 5th day of October, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE